October 01, 2010

Mr. James Warner Huggler Jr.
Attorney at Law
100 E. Ferguson, Suite 805
Tyler, TX 75702

Honorable Floyd T. Getz
Smith County Courthouse
County Court At Law #3
100 N. Braodway, 3rd Fl
Tyler, TX 75702
Mr. Michael West
Smith County Criminal District Attorney
100 North Broadway, 4th Fl.
Tyler, TX 75702

RE: Case Number: 10-0383
 Court of Appeals Number: 12-10-00141-CV
 Trial Court Number: 3-0295-09

Style: IN RE B.T., A JUVENILE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
stay order issued May 27, 2010 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Judy Carnes|